<u>Statement of Facts</u>

On June 25, 2026, at approximately 6:45 p.m., Officers Killoran and Moyer of the Metropolitan Police Department ("MPD") and federal law enforcement partners were on patrol on the 1800 block of 18th St SE, Washington, D.C., when they observed a vehicle parked and idling on the side of the street with the engine running. As law enforcement pulled up to the driver side of the vehicle, they observed what appeared to be an illegal level of tint on the driver side window.[1] Officer Killoran knocked on the driver's window, at which time the driver rolled down then window. Officers observed smoke and the smell of burnt marijuana emanating from the vehicle, as well as a front seat passenger. Officer Killoran asked the driver if he was smoking in the vehicle, and the driver responded "yeah." Officer Killoran then ordered the occupants to step out of the vehicle. As the passenger exited the vehicle, officers observed a hand rolled marijuana cigarette that was clearly burnt on one end in her hand.

A federal law enforcement partner then conducted a protective pat down of the driver and felt the presence of a firearm in the driver's waistband. Officer Moyer then proceeded to recover the firearm. Prior to Officer Moyer recovering the firearm, the driver spontaneously stated, "it's under my shorts, it's under my shorts, it's under my shorts."

The recovered firearm was a Glock 19 9mm handgun, loaded with one round of 9mm ammunition in the chamber, and equipped with a 17-round capacity magazine.[2]

Law enforcement then proceeded to search the vehicle, and from a blue and green backpack located in the backseat, recovered:

- 50 grams of marijuana in two plastic bags;
- A bottle of Promethazine Hydrocholoride and Codeine Phosphate Oral Solution[3] (473 mL/1 pint) (almost full);
- A Black scale with residue;
- Black gloves with residue;
- A Red solo cup with residue;
- 7 mylar baggies with residue;
- $985 in US currency in multiple denominations.

Officers identified the driver by his driver's license as Samuel FAPOHUNDA. Officers ran the temporary tag on the vehicle and determined that it was registered to FAPOHUNDA.

A criminal history check showed that FAPOHUNDA was previously convicted in Arlington County, VA Circuit Court Case no. CR20000227-00 of Robbery, and was sentenced to five years of incarceration, with four years suspended. Accordingly, FAPOHUNDA was aware that

---

[1] Officers later measured the tint with a tint meter and determined that the tint level exceeded legal limits. Officers issued Notice of Infraction ("NOI") # 292755912 for Violation of Tinted Window Law.

[2] Officers did not unload the magazine at the time of processing.

[3] Promethazine Hydrocholoride and Codeine Phosphate is a Schedule V Federal Controlled Substance.

he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Samuel FAPOHUNDA with violation of 18 U.S.C. § 922(g)(1) (**Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**).

Officer Michael Moyer

Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on June 29, 2026.

Honorable Zia M. Faruqui

United States Magistrate Judge

2